AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: *Middle* | |
|---|---|---|
| Name (under which you were convicted): *Richard Edward Noh* | | Docket or Case No.: *8:23cv 338 KKM-cet* |
| Place of Confinement : *Sumter C. I.* | Prisoner No.: *269884* | |
| Petitioner (include the name under which you were convicted) *Richard Edward Noh* v. *State of Florida* | Respondent (authorized person having custody of petitioner) | |
| The Attorney General of the State of: *Florida* | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    *Pinellas County Justice Center*
    *14250 49 st Street North*
    *Clearwater, Florida*

    (b) Criminal docket or case number (if you know): *CRC13-18360 CFANO*

2. (a) Date of the judgment of conviction (if you know): *January 28th, 2019*

    (b) Date of sentencing: *February 5th, 2019*

3. Length of sentence: *Natural Life*

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    *Capital Sexual Battery*

6. (a) What was your plea? (Check one)

    ☑ (1) Not guilty      ☐ (3) Nolo contendere (no contest)

    ☐ (2) Guilty      ☐ (4) Insanity plea



AO 241 (Rev 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_N/A_

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    _2ND DCA_

(b) Docket or case number (if you know):    _CRC13 - 18360 CFANO_

(c) Result:    _AFFIRMED_

(d) Date of result (if you know):    _August 3, 2020 - See Exhibit "A"_

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:    _State of Florida Sixth Judicial Circuit Pinellas County_

(2) Docket or case number (if you know):    _CRC13 - 18360 CFANO_

(3) Result:    _Cancelled due to Raising Ineffective Assistance of Counsel due to Conflict of Interest_

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _July 30th, 2021_

(5) Citation to the case (if you know): _____

(6) Grounds raised: _Defendant had Conflict of Interest_
_awarded Counsel in 2014 for same case on_
_first trial._
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_
_____

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _State of Florida Sixth Judicial Circuit Pinellas County_

(2) Docket or case number (if you know): _CRC13-18360CFANO_

(3) Date of filing (if you know): _September 13th, 2021 - See Exhibit "B"_

(4) Nature of the proceeding: _Amended Motion 3.850_

(5) Grounds raised: _1) P.D. Williams denied Defendant Professional_
_Phsycological and Physical evaluation Wittnesses_
_2) P.D. Williams disregarded Direct Order by_
_Judge Frank Quaseda on 7/26/18 to go to County_
_Jail, meet with Defendant and create Plea Deal_
_accteptable to the State and have it on the States_
_Desk by 8/9/2018._
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _Denied with Prejudice_
_____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _April 25th, 2022_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _State of Florida Sixth Judicial Circuit Pinellas County_

(2) Docket or case number (if you know): _CRC13-13860CFANO_

(3) Date of filing (if you know): _May 23rd, 2022 - see Exhibit "D"_

(4) Nature of the proceeding: _Appeal_

(5) Grounds raised: _Defendant proved the two Prongs of Strickland V. Washington. 1) had P.D. Williams met with Defendant and created Plea Deal as ordered, U.S.C.A. Amendments #5, 6, and #14 would not have been Violated. 2) Defendant would have accepted Plea Deal over Natural Life in Prison again, the outcome would have been different._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _Affirmed - Per Curiam_

(8) Date of result (if you know): _December 9th, 2022 - see Exhibit "E"_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result: _____ *N/A* _____

(8) Date of result (if you know): _____ *N/A* _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1)  First petition:     ☑ Yes     ☐ No

(2)  Second petition:    ☑ Yes     ☐ No

(3)  Third petition:     ☑ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ *N/A* _____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**     *Conflict of Interest*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*P.D. Amy Wyant notified the Court on April 2014 of a
Conflict of Interest, Defendant Released P.D. on April 2014
and Judge Frank Quesada, Division "K" appointed Regional
Counsel on April 16th, 2014. Defendant was Reversed and Remanded
for New Trial, Judge Questioned P.D. Williams on How P.D. Office got
Case as it was his recollection Defendant had Regional Counsel. Jan. 2018*

(b) If you did not exhaust your state remedies on Ground One, explain why:

*Never brought out in direct Appeal filing.*

AO 241 (Rev. 09/17)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:  *Not available*

~~*the*~~ *Knowledge at current Time.*

### (d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  *Motion for Post Conviction Relief*

Name and location of the court where the motion or petition was filed:

*State of Florida Sixth Judicial Circuit Pinellas County*

Docket or case number (if you know):  *CRC13-18360CFANO*

Date of the court's decision:  *December 9th, 2022 - See Exhibit "A"*

Result (attach a copy of the court's opinion or order, if available):

*Per Curium - Affirmed*

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *N/A*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*Final on Motion-Post Conviction 3.850*

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:   N/A

**GROUND TWO:**   Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) PD Williams never acted upon Judges Courtroom order to meet with Defendant and Create acceptable Plea offer to State
2) PD. Williams did not allow acquization of Professional Phsycological / Physical Wittnesses
3) PD Williams never requested final Judgement on Victum Impeachment in trial of January, 2019
4) PD Williams knew of Plea offer from State and never informed Defendant at any time.

(b) If you did not exhaust your state remedies on Ground Two, explain why:   N/A

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   N/A

not informed of Ability to

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Amended Motion Post-Conviction

Name and location of the court where the motion or petition was filed:

Sixth Judicial Circuit Pinellas County Florida

Docket or case number (if you know):   CRC13-18360 CFAND

AO 241 (Rev. 09/17)

Date of the court's decision: _April 25th, 2022_

Result (attach a copy of the court's opinion or order, if available): _Denied with Prejudice_

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_Sixth Judicial Circuit Pinellas County Florida_

Docket or case number (if you know): _CRC13-18360CFANO_

Date of the court's decision: _December 9th, 2022_

Result (attach a copy of the court's opinion or order, if available): _Per Curium - Affirmed_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _N/A_

**GROUND THREE:** _Violation of USC Amendments #5, #6, and #14_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_P.D. Gregory William new of States Plea offer Before the July 26th, 2018 Pre-Trial Defendant Attended and never reported to the County Jail as ordered by Judge Frank Quasada in the 7/26/18 pre-trial which prejudiced Defendant's ability to not go back to trial and be found Guilty and get Natural Life_

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *N/A*

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: *not informed*
*ability to*

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: *Florida*

Type of motion or petition: *Apeal of Denial Post-Conviction*

Name and location of the court where the motion or petition was filed:
*State of Florida Sixth Judicial Circuit Pinellas County*

Docket or case number (if you know): *CRC13- 18360 CFANO*

Date of the court's decision: *December 9th 2022 - See Exhibit - "C"*

Result (attach a copy of the court's opinion or order, if available): *Per Curium - Affirmed*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*Final order*

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *N/A*

**GROUND FOUR:** *Judgement of Victum Impeachment not requested*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Defendants Trial Transcripts show Impeachment of Wittness only. P.D. never requested a Judgement on Victum Impeachment also done. Judge never ordered any judgement on Victum Impeachment.*

(b) If you did not exhaust your state remedies on Ground Four, explain why: *Defendants oversite of Information at filing Time.*

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Defendants lack of Knowledge in proceedings_

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _N/A_

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?     ☐ Yes     ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them: *Grounds Four, found out after I already sent motion and was time constrainted*

(b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

*Grounds Four and a Violation of Defendants Right to Conflict Free Representation*

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?     ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.     *N/A*

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?     ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.     *N/A*

Case 8:23-cv-00338-KKM-CPT    Document 1    Filed 02/15/23    Page 13 of 16 PageID 13

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _P.D Gregory Williams_

(b) At arraignment and plea: _P.D Gregory Williams_

(c) At trial: _P.D. Gregory Williams_

(d) At sentencing: _P.D. Gregory Williams_

(e) On appeal: _Ivy Ginsberg_

(f) In any post-conviction proceeding: _N/A_

(g) On appeal from any ruling against you in a post-conviction proceeding: _N/A_

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
_N/A_

(b) Give the date the other sentence was imposed: _N/A_

(c) Give the length of the other sentence: _N/A_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_Filed Post Conviction 3.850 within required time period._

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

            (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

            (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

            (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

            (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Petition for Habeas Corpus, Return to County Court, Have states 15yr non-manditory offer implimented and recieve all County and DOC gain time accredited!*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *2/10/2027* (month, date, year).

Executed (signed) on *2/10/2023* (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

*N/A*

AO 241 (Rev. 09/17)

PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE 2-10-23
OFFICER INITIALS

## Petition for Relief From a Conviction or Sentence
### By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.  You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6.  You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.  When you have completed the form, send the original and *3* copies to the Clerk of the United States District Court at this address:

        Clerk, United States District Court for
        Address
        City, State  Zip Code

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.  **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**